UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| MARIA ESCOBAR RANGEL O/B/O Jacqueline Isabelle Grajeda, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY, Commissioner of Social Security,<br><br>Defendant. | No: 5:24-cv-00139-E<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED FIFTY DOLLARS AND 00/100 ($4,850.) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 12/4/24

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-